Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
Craig G. Cote, Esq. (State Bar No. 132885)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff
CARMEN JOHN PERRI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DAZE SPA, a business of unknown form; JOHN MERLE, TRUSTEE OF THE FAMILY TRUST UNDER THE MERLE TRUST DATED APRIL 22, 1992; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-2072-R-AGR<br><br>**Request for Entry of Default** |

REQUEST FOR ENTRY OF DEFAULT

1

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff CARMEN JOHN PERRI hereby requests that the Clerk of the above-entitled Court enter default in this matter against **DAZE SPA, a business of unknown form**, on the ground that said defendants have failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on defendant **DAZE SPA, a business of unknown form** on 3/26/2018 by Personal service as evidenced by the Corrected proof of service of summons filed on 5/1/2018 with this Court.

Dated: May 1, 2018                                **MANNING LAW, APC**

                                       By:   */s/ Craig G. Cote, Esq.*
                                             Michael J. Manning, Esq.
                                             Joseph R. Manning, Jr., Esq.
                                             Tristan P. Jankowski, Esq.
                                             Craig G. Cote, Esq.

                                             Attorneys for Plaintiff

REQUEST FOR ENTRY OF DEFAULT
2