Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
Craig G. Cote, Esq. (State Bar No. (132885)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff CARMEN JOHN PERRI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DAZE SPA, a business of unknown form; JOHN MERLE, TRUSTEE OF THE FAMILY TRUST UNDER THE MERLE TRUST DATED APRIL 22, 1992; and DOES 1-10, inclusive,<br><br>Defendants | Case No.: 2:18-cv-2072-R-AGR<br><br>**Declaration of Craig Cote RE Request for Entry of Default** |

DECLARATION
1

1. I, The undersigned, am an attorney licensed to practice law by the State Bar of California and admitted to the Central District of California. I am the attorney of record for the Plaintiff CARMEN JOHN PERRI, and, in that capacity, I am familiar with this matter.

2. We have received no answer or other responsive pleading to the Complaint that was served by personal service on Defendants DAZE SPA, a business of unknown form on 3/26/2018, as shown in the corrected proof of service filed on 5/1/2018 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 1, 2018                                **MANNING LAW, APC**

                                By:   */s/ Craig G.Cote, Esq.*
                                      Michael J. Manning, Esq.
                                      Joseph R. Manning, Jr., Esq.
                                      Tristan P. Jankowski, Esq.
                                      Craig G. Cote, Esq.

                                      Attorneys for Plaintiff

DECLARATION
2